| | |
|---|---|
| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

Mikul Klehm §
§
v. § CASE NUMBER 4:22-cv-01226
§
Rawltyn Jordale Hart §
§

United States Courts
Southern District of Texas
FILED

APR 18 2022

Nathan Ochsner, Clerk of Court

1 Flash Drive ContainingVideo and Exhibit to the Complaint filed at Dkt. No. 1

**DOCUMENT IS:**

☐ LOOSE IN FILE

☐ IN VAULT SEALED

☑ IN BROWN EXPANDABLE FOLDER

INSTRUMENT # ___3___