# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **MIKUL KLEHM,** | § | |
| *PLAINTIFF*, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. |
| | § | **4:22-cv-01226** |
| **RAWLTYN JORDALE HART, et al.,** | § | |
| | § | |
| *DEFENDANTS*. | | |

## NOTICE OF ADDITIONAL COUNSEL

Amy Magness VanHoose, Senior Assistant County Attorney for the Harris County Attorney's Office, now files this Notice of Appearance as additional counsel engaged to represent Defendant Harris County in this proceeding. Laura Hedge remains attorney-in-charge.

                                                         Respectfully submitted

OF COUNSEL:
CHRISTIAN D. MENEFEE
TEXAS BAR NO. 24088049
HARRIS COUNTY ATTORNEY

*/s/Amy Magness VanHoose*
**AMY MAGNESS VANHOOSE**
Sr. Assistant County Attorney
Texas State Bar No. 24042085
1019 Congress
Houston, Texas 77002
P: (281) 274-5136
E: amy.vanhoose@harriscountytx.gov
**Counsel for Defendant Harris County**
**Counsel to be Noticed**

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2022, a true and correct copy of this **NOTICE OF APPEARANCE** was delivered to the Plaintiff through the CM/ECF system.

*/S/ Amy Magness VanHoose*
AMY MAGNESS VANHOOSE