IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MIKUL KLEHM, | § | |
| *Plaintiff,* | § | CIVIL ACTION NO. 4:22-CV-01226 |
| | § | |
| V. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| RAWLTYN JORDAN HART, et al., | § | ("JURY REQUESTED") |
| *Defendants.* | § | |

## ADVISORY TO THE COURT

To the Honorable Judge Charles Eskridge:

The following is a list identifying all known attorneys of record and all persons or entities that are financially interested in this litigation:

1) David Bleakney-Lead Counsel for Mikul Klehm
2) Joshua Rice- co-counsel for Mikul Klehm
3) Amy VanHoose- counsel of record for Harris County
4) Laura Hedge- counsel of record for Harris County
5) Harris County Sheriff's Office and Harris County are Defendant parties interested in this litigation
6) Mikul Klehm is a Plaintiff party interested in this litigation
7) No other interested parties known at this time

Respectfully submitted,

**/s/ David Bleakney**

DAVID BLEAKNEY

Texas Bar No. 24103798

100 N. Velasco

Angleton, TX 77515

Telephone:  (281)815-0387

Facsimile:  (281)612-3006

**ATTORNEY FOR PLAINTIFF**

### CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2022, a true and correct copy of the foregoing was served pursuant to the Federal Rules of Civil Procedure to:

LAURA BECKMAN HEDGE; and

AMY MAGNESS VANHOOSE

Assistant County Attorneys

Harris County Attorney's Office

1019 Congress, 15th Floor

Houston, Texas  77002

*/s/ David Bleakney*

DAVID BLEAKNEY