IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **MIKUL KLEHM,** | § | |
| *Plaintiff,* | § | **CIVIL ACTION NO. 4:22-CV-01226** |
| | § | |
| **V.** | § | **JUDGE CHARLES ESKRIDGE** |
| | § | |
| **RAWLTYN JORDAN HART, et al.,** | § | **("JURY REQUESTED")** |
| *Defendants.* | § | |

# DEFENDANT HARRIS COUNTY'S CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE JUDGE CHARLES ESKRIDGE:

Defendant Harris County hereby submits its Certificate of Interested Parties and would respectfully identify the following as having a financial interest in the outcome of this litigation:

1. Mikul Klehm

2. Harris County, Defendant

3. Deputy Rawltyn Hart, Defendant

**Date:  January 13, 2023**

                                          Respectfully submitted,

                                          */s/ Laura Beckman Hedge*

OF COUNSEL:                         **LAURA BECKMAN HEDGE**
                                            Sr. Assistant County Attorney
Christian D. Menefee                **ATTORNEY-IN-CHARGE**
State Bar No. 24088049             State Bar No. 00790288
HARRIS COUNTY ATTORNEY   Federal ID No. 23243
                                            1019 Congress Plaza
                                            Houston, TX 77002
                                            (713) 274-5137 (telephone)
                                            Laura.hedge@harriscountytx.gov

**AMY MAGNESS VANHOOSE**
Sr. Assistant County Attorney
Defensive Litigation
Harris County Attorney's Office
1019 Congress
Houston, Texas  77002
Amy.vanhoose@harriscountytx.gov

**ATTORNEYS FOR DEFENDANT
HARRIS COUNTY**

## Certificate of Service

I hereby certify that on January 13, 2023, a true and correct copy of the foregoing was served pursuant to the Federal Rules of Civil Procedure to:

DAVID BLEAKNEY
Texas Bar No. 24103798
100 N. Velasco
Angleton, TX 77515
Telephone:  (512) 541-8251
Facsimile:  (512) 532-7964

*/s/ Laura Beckman Hedge*
LAURA BECKMAN HEDGE