UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| Mikul Klehm<br>    Plaintiff, | §<br>§<br>§<br>§ | CIVIL ACTION NO.<br>4:22–cv–01226 |
| vs. | §<br>§<br>§ | JUDGE CHARLES ESKRIDGE |
| Rawltyn Jordale Hart, et al.<br>    Defendant. | §<br>§ | |

NOTICE OF RESETTING

Take notice that the Initial Conference set for 02/22/2023, has been RESET as follows:

Tuesday, February 28, 2023, at 10:30 AM
Before the Honorable Charles Eskridge
United States District Judge
United States District Court, Courtroom 9F
515 Rusk Street
Houston, Texas 77002