IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **MIKUL KLEHM,** | § | |
| *Plaintiff,* | § | CIVIL ACTION NO. 4:22-CV-01226 |
| | § | |
| V. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| **RAWLTYN JORDAN HART, et al.,** | § | ("JURY REQUESTED") |
| *Defendants.* | § | |

## DISCLOSURE OF INTERESTED PARTIES

To the Honorable Judge Charles Eskridge:

NOW COMES Plaintiff Mikul Klehm and hereby certifies that the following persons or entities have a financial interest in the outcome of this litigation:

1) Harris County Sheriff's Office and Harris County are Defendant parties interested in this litigation

    c/o Amy VanHoose and Laura Hedge

    Attorney at Law

    1019 Congress, 15th Floor

    Houston, TX 77002

2) Mikul Klehm is a Plaintiff party interested in this litigation

    c/o David Bleakney and Benjamin Campagna

    100 N. Velasco St.

    Angleton TX, 77515

3) Rawltyn Jordan Hart is a Defendant party interested in this litigation

    c/o Ramon Viada- counsel of record for Rawltyn Jordan Hart

    17 Swallow Tail Ct,

    Spring, TX 77381

4) No other interested parties known at this time

    Respectfully submitted,

    **/s/ *David Bleakney***
DAVID BLEAKNEY
Texas Bar No. 24103798
Federal ID No. 3749624
100 N. Velasco
Angleton, TX 77515
Telephone: (281)815-0387
Facsimile: (281)612-3006

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

      I hereby certify that on February 24, 2023, a true and correct copy of the foregoing was served pursuant to the Federal Rules of Civil Procedure to:

LAURA BECKMAN HEDGE; and
AMY MAGNESS VANHOOSE
Counsel of Record for Harris County
Assistant County Attorneys
Harris County Attorney's Office
1019 Congress, 15th Floor
Houston, Texas 77002

      And

RAMON VIADA
counsel of record for Rawltyn Jordan Hart
17 Swallow Tail Ct,
Spring, TX 77381


                                                    */s/ David Bleakney*
                                                    DAVID BLEAKNEY