IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MIKUL KLEHM, | § | |
| *Plaintiff,* | § | CIVIL ACTION NO. 4:22-CV-01226 |
| | § | |
| V. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| RAWLTYN JORDAN HART, et al., | § | ("JURY REQUESTED") |
| *Defendants.* | § | |

## APPEARANCE OF COUNSEL

To:   The clerk of the court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as co-counsel for:

Mikul Klehm

Date: February 23, 2023

Respectfully submitted,

**/s/ *Benjamin Campagna***
Benjamin Campagna
Texas Bar No. 24078302
Federal ID No. 3822709
100 N. Velasco
Angleton, TX 77515
Telephone:  (281)815-0387
Facsimile:  (281)612-3006

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

      I hereby certify that on February 24, 2023, a true and correct copy of the foregoing was served pursuant to the Federal Rules of Civil Procedure to:

LAURA BECKMAN HEDGE; and
AMY MAGNESS VANHOOSE
Assistant County Attorneys
Harris County Attorney's Office
1019 Congress, 15th Floor
Houston, Texas  77002
Counsel of Record for Harris County

RAMON VIADA
17 Swallow Tail Ct,
Spring, TX 77381
counsel of record for Rawltyn Jordan Hart


DAVID BLEAKNEY
Texas Bar No. 24078302
Federal ID No.
100 N. Velasco
Angleton, TX 77515
Telephone:  (281)815-0387
Facsimile:  (281)612-3006
Lead Counsel For Plaintiff


                                                  /s/ *Benjamin Campagna*
                                                  Benjamin Campagna