United States District Court
Southern District of Texas
**ENTERED**
March 01, 2023
Nathan Ochsner, Clerk

# United States District Court
## Southern District of Texas
### Houston Division

| | | |
|---|---|---|
| MIKUL KLEHM, | § | CIVIL ACTION NO |
| Plaintiff, | § | 4:22-cv-01226 |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| RAWLTYN J. HART, | § | |
| *et al,* | § | |
| Defendants. | § | |

## Minute Entry and Order

Minute entry for INITIAL CONFERENCE before Judge Charles Eskridge on February 28, 2023. All parties present and represented by counsel.

The Court addressed the scheduling and docket control order and the parties' joint discovery/case management plan. Dkts 6 & 36.

The motion to dismiss by Defendant Harris County was DENIED for the reasons stated on the record. Dkt 19. It was noted that Officer Hart isn't asserting qualified immunity at this stage.

To the extent that the first amended complaint might be construed to seek punitive damages from Harris County, Plaintiff Mikul Klehm WITHDREW such claim. Dkt 18.

The Court addressed discovery. It was ORDERED that discovery will proceed on all issues.

The parties are ORDERED to confer and jointly propose a revised scheduling order. They should bear in mind that (i) no continuance will be granted absent a showing of actual diligence and extraordinary cause, and (ii) discovery failures may result in the striking of evidence, dismissal of claims, or the striking of defenses.

SO ORDERED.

Signed on February 23, 2023, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge