UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MIKUL KLEHM §<br>Plaintiff, §<br>§<br>v. §<br>§<br>RAWLTYN JORDAN HART, ET AL., §<br>Defendants. § | Civil Action No.: 4:22-cv-01226 |

### NOTICE TO COURT WITHDRAWING DKT 79 MOTION DEFENDANT HARRIS COUNTY'S EMERGENCY OPPOSED MOTION TO QUASH AND PROTECT 30(b)(6) WITNESS

A 30(b)(6) deposition is scheduled in this case to occur on Monday, November 25, 2024. Harris County had objected to a portion of one topic and requested this Court to quash and protect Defendant Harris County from providing that information to Plaintiff.

Defendant Harris County is no longer pursing the objection nor seeking a motion to quash or protection because the parties worked out the issue.

Defendant Harris County is noticing this Court that the County no longer requests Court intervention and is not seeking a ruling from this Court regarding Dkt. 79.

Date: November 20, 2024

Respectfully submitted,

**CHRISTIAN D. MENEFEE**
HARRIS COUNTY ATTORNEY

**JONATHAN G. C. FOMBONNE**
DEPUTY COUNTY ATTORNEY AND FIRST ASSISTANT

**NATALIE G. DELUCA**
MANAGING COUNSEL,
DEFENSIVE LITIGATION, EMPLOYMENT, & REAL

1

ESTATE DIVISIONS

By:     */s/ Rachel Fraser*
**RACHEL FRASER**
Senior Harris County Attorney
State Bar No. 24079725
Fed Bar No. 2553428
Rachel.fraser@harriscountytx.gov
**SUZANNE BRADLEY**
Senior Harris County Attorney
State Bar No. 00793375
Fed Bar No. 24567
Suzanne.bradley@harriscountytx.gov

**OFFICE OF THE HARRIS COUNTY ATTORNEY**
1019 Congress
Houston, Texas 77002
Tel: (713) 274-5383

**ATTORNEYS FOR HARRIS COUNTY**

## CERTIFICATE OF SERVICE

I certify that on November 20, 2024 a true and correct copy of the foregoing document was delivered to all counsel of record via the CM/ECF system and served by electronic notice to all parties of record.