United States District Court
Southern District of Texas
**ENTERED**
January 13, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **MIKUL KLEHM** § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No.: 4:22-cv-01226 |
| § | |
| **RAWLTYN JORDAN HART, ET AL.,** § | |
| Defendants. § | |

## ORDER

After considering Defendants Harris County *Unopposed* motion for leave to extend the Court's 25-page limit for its Motion for Summary Judgment, the Court FINDS that there is good cause for the relief requested and GRANTS the motion. Harris County may file their joint Motion for Summary Judgment up to a limit of 6500 words.

It is so ORDERED.

January 13, 2025
Date

Hon. Charles Eskridge
United States District Judge