IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MIKUL KLEHM, | § | |
|     *Plaintiff*, | § | |
| | § | |
| v. | § | C.A. NO. 4:22-CV-01226 |
| | § | JUDGE ESKRIDGE |
| RAWLTYN J. HART in his individual | § | JURY DEMANDED |
| capacity; and HARRIS COUNTY, | § | |
| TEXAS aka HARRIS COUNTY | § | |
| SHERIFF'S OFFICE, | § | |
|     *Defendants.* | § | |

## CERTIFICATE OF CONFERENCE

I certify that on January 17, 2025, at 9:45 AM, I emailed both counsel for the plaintiff, Mr. Campagne and Mr. Bleakney, to inquire whether they opposed to Defendant Hart's (Conditional) Motion for Bifurcated Trial on Individual Officer and County (*Monell*) Liability. Neither has responded. I called their office at 3:15 p.m., and was told they are in trial. At this time, I am unaware whether they are opposed. I will amend this certificate as soon as they notify me of their position.

The County's counsel, Rachel Fraser, does not oppose the motion.

\* \* \* \*

Respectfully submitted,

VIADA & STRAYER

By: /s/ *RAMON G. VIADA III*
    Ramón G. Viada III
    State Bar No. 20559350
    17 Swallow Tail Court
    The Woodlands, Texas 77381
    (281) 419-6338
    Email: rayviada@viadastrayer.com

ATTORNEY FOR DEFENDANT
RAWLTYN HART

## **CERTIFICATE OF SERVICE**

    I certify that all counsel of record have been served a true and correct copy of this document by electronic submission for filing and service through the Electronic Case Files System of the Southern District of Texas on January 17, 2025.

    /s/ *RAMON G. VIADA III*
    Ramón G. Viada III