IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MIKUL KLEHM, | § | |
|     *Plaintiff*, | § | |
| | § | |
| v. | § | C.A. NO. 4:22-CV-01226 |
| | § | JUDGE ESKRIDGE |
| RAWLTYN J. HART in his individual | § | JURY DEMANDED |
| capacity; and HARRIS COUNTY, | § | |
| TEXAS aka HARRIS COUNTY | § | |
| SHERIFF'S OFFICE, | § | |
|     *Defendants.* | § | |

# AMENDED CERTIFICATE OF CONFERENCE

The undersigned counsel files this Amended Certificate of Conference to Defendant Hart's Motion to Exclude or Otherwise Limit the Opinions of Plaintiff's Police Expert (Dkt. 92) filed on January 17, 2025.

I hereby certify that on January 21, 2025, I conferred with counsel for Plaintiff, Mr. Campagne and Mr. Bleakney, and confirmed that they are opposed to the motion.

The County's counsel, Rachel Fraser, does not opposed the motion.

\* \* \* \*

Respectfully submitted,

VIADA & STRAYER

By: /s/ *RAMON G. VIADA III*
    Ramón G. Viada III
    State Bar No. 20559350
    17 Swallow Tail Court
    The Woodlands, Texas 77381
    (281) 419-6338
    Email: rayviada@viadastrayer.com

ATTORNEY FOR DEFENDANT
RAWLTYN HART

## CERTIFICATE OF SERVICE

I certify that all counsel of record have been served a true and correct copy of this document by electronic submission for filing and service through the Electronic Case Files System of the Southern District of Texas on January 22, 2025.

    /s/ *RAMON G. VIADA III*
    Ramón G. Viada III