United States District Court
Southern District of Texas
**ENTERED**
January 23, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MIKUL KLEHM, | § | CIVIL ACTION NO |
| Plaintiff, | § | 4:22-cv-01226 |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| RAWLTYN JORDALE | § | |
| HART, *et al*, | § | |
| Defendants. | § | |

## ORDER

Pending is a letter by Plaintiff Mikul Klehm requesting extension of his deadline to respond to Defendant's motion for summary judgment until after an order enters on other motions pending at Dkts 91 (Defendants' motion to strike) & 92 (Defendants' motion to exclude). Also pending is a response letter from Defendant Harris County Sheriff's office.

The request by Plaintiff is DENIED. Discovery in this action has concluded. Responsive argument should entail the best summation of available evidence, while anticipating possible results on the motions to strike and to exclude. It is not an unusual procedural posture.

It is ORDERED that Plaintiff must respond to the motion for summary judgment on normal deadlines, absent reasonable request for brief extension separately requested and allowed due to the nature and length of Defendants' motion for summary judgment.

SO ORDERED.

Signed on January 23, 2024, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge