United States District Court
Southern District of Texas
**ENTERED**
February 07, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MIKUL KLEHM, §<br>    *Plaintiff*, §<br>§<br>v. §<br>§<br>RAWLTYN J. HART in his individual §<br>capacity; and HARRIS COUNTY, §<br>TEXAS aka HARRIS COUNTY §<br>SHERIFF'S OFFICE, §<br>    *Defendants*. § | C.A. NO. 4:22-CV-01226<br>JUDGE ESKRIDGE<br>JURY DEMANDED |

# ORDER

Defendant Hart's Unopposed Amended (Conditional) Motion for Bifurcated Trial on Individual Officer and County (Monell) Liability is GRANTED.

Signed on February 7, 2025, at Houston, Texas.

Signed on February 7, 2025, at Houston, Texas.

_____
Charles Eskridge
United States District Judge