United States District Court
Southern District of Texas
**ENTERED**
March 20, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **MIKUL KLEHM** § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No.: 4:22-cv-01226 |
| § | |
| **RAWLTYN JORDAN HART, ET AL.,** § | |
| Defendants. § | |

## ORDER

After considering Defendants Harris County Unopposed Motion to Vacate Deadlines Until Ruling on Harris County's Motion for Summary Judgment and Other Trial Related Motions, the Court FINDS that there is good cause for the relief requested and GRANTS the motion.

It is so ORDERED.

March 20, 2025
Date

*[signature]*
Hon. Charles Eskridge
United States District Judge