United States District Court

Southern District of Texas

Houston Division

| | | |
|---|---|---|
| Mikul Klehm<br>　　Plaintiff, | §<br>§<br>§<br>§ | Civil Action No.<br>4:22–cv–01226 |
| vs. | §<br>§<br>§ | Judge Charles Eskridge |
| Rawltyn Jordale Hart, et al.<br>　　Defendant. | §<br>§ | |

Notice of Setting

Take notice that a Motion Hearing is set as follows:

Wednesday, June 25, 2025, at 10:30 AM
Before the Honorable Charles Eskridge
United States District Judge
United States District Court, Courtroom 9F
515 Rusk Street
Houston, Texas 77002